# Court of Appeals
# of the State of Georgia

ATLANTA,  June 24, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1395. VIRGINIA S. CHURCH v. EMIL B. CALDWELL et al.**

The Appellant in the above-styled case has filed a motion entitled Motion To Dismiss Appeal. The Court construes this motion as a motion to withdraw appeal. Pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/24/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*